
FILED
Scott L. Poff, Clerk
United States District Court
By staylor at 3:53 pm, Mar 07, 2017

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| STEVEN BROWN, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:16-cv-105 |
| | * | |
| v. | * | |
| | * | |
| WARDEN HILTON HILL; MCCLEOD; and | * | |
| JOHN HULETT, | * | |
| | * | |
| Defendants. | * | |

### ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's January 13, 2017, Report and Recommendation, dkt. no. 5, to which no Objections have been filed. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint **WITHOUT PREJUDICE** and **DENIES** Plaintiff leave to appeal *in forma pauperis*. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this \_\_\_7\_\_\_ day of \_\_\_March\_\_\_, 2017.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)